IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL CASTONGUAY,<br><br>             Petitioner,<br><br>vs.<br><br>TODD WASMER, Warden of Tecumseh State Correctional Institution;<br><br>             Respondent. | **8:20CV154**<br><br>**ORDER** |

IT IS ORDERED that: The court will take no action on the documents (filing 14) submitted by Petitioner to, and forwarded to this court by, the Eighth Circuit Court of Appeals because the documents are captioned in the Eighth Circuit Court of Appeals and are essentially duplicative of Petitioner's filings in this case.

Dated this 11th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge